```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 23294
   NEDRA LARENA WOODS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8729

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
   The case was filed on 12/12/2007 and was not confirmed.

   The case was dismissed without confirmation 02/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID        PAID
--------------------------------------------------------------------------------
GRP LOAN LLC              NOTICE ONLY    NOT FILED            .00         .00
GRP FINANCIAL SERVICES C  CURRENT MORTG       .00             .00         .00
GRP FINANCIAL SERVICES C  MORTGAGE ARRE  20000.00             .00         .00
FRANKLIN CREDIT MANAGEME  CURRENT MORTG       .00             .00         .00
CODILIS & ASSOCIATES ^    NOTICE ONLY    NOT FILED            .00         .00
AMERICAN EXPRESS          UNSECURED      NOT FILED            .00         .00
DELL FINANCIAL SERVICES   UNSECURED      NOT FILED            .00         .00
CREDIT PROTECTION ASSOCI  UNSECURED      NOT FILED            .00         .00
MEDICAL COLLECTIONS SYS   UNSECURED      NOT FILED            .00         .00
AES/PHEAA                 UNSECURED       19186.95            .00         .00
SALLIE MAE SERVICING      UNSECURED      NOT FILED            .00         .00
GMAC                      SECURED NOT I   20297.92            .00         .00
FRANKLIN CREDIT MANAGEME  NOTICE ONLY    NOT FILED            .00         .00
FRANKLIN CREDIT MANAGEME  SECURED NOT I      17.10            .00         .00
PRO SE DEBTOR             DEBTOR ATTY         .00                         .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                       930.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  930.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                      930.00
                       ---------------       ---------------
TOTALS                   930.00                    930.00



              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 23294 NEDRA LARENA WOODS
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
Dated: 05/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE